ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MICHELLE LO (NYBN 4325163)
Chief, Civil Division

SHIWON CHOE (CABN 320041)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    shiwon.choe@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROSA LOPEZ, as Legal Guardian of V-S-, a Minor and Successor in Interest to the Estate of Victor Sanchez Brito,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA and GEO GROUP, INC.,<br><br>    Defendants. | Case No. 4:23-cv-04292-DMR<br><br>**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT GEO'S MOTION TO TRANSFER VENUE AND CONSENT TO TRANSFER**<br><br>Hearing Date/Time: December 14, 2023 at 1:00 p.m.<br>Hearing Location: Zoom webinar |

In response to Defendant GEO Group, Inc.'s Motion to Transfer Venue, ECF No. 12, Defendant United States of America hereby states that it consents to the transfer of this action to the United States District Court for the Eastern District of California.

DATED: October 26, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney

Attorneys for Defendant United States of America