# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL LAW AND MOTION MINUTE ORDER

| | | |
|---|---|---|
| **Date:** 3/28/2024 | **Time:** 2:01-2:48 | **Judge:** DONNA M. RYU |
| **Case No.:** 4:23-cv-04292-DMR | **Case Name:** Rosa Lopez v. United States of America, et al | |

**For Plaintiff:**
Bardis Vakili

**For Defendant United States of America:**
Shiwon Choe

**For Defendant Geo Group, Inc.:**
Susan Coleman

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 2:01-2:48

### PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1.  Defendant Geo Group, Inc.'s Motion to Transfer case venue [Docket No. 12] – hearing held, motion is taken under submission

2.  Defendant Geo Group, Inc.'s Motion to Dismiss [Docket No. 3] – hearing held, motion is taken under submission

3.  Defendant United States of America's Motion to Dismiss [ Docket No. 15] – hearing held, motion is taken under submission

**Order to be prepared by:**
( )     Plaintiff                    ( )     Defendant                    (X)     Court

cc: Chambers