1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-6878
6      Facsimile: (415) 436-6748
       michael.keough@usdoj.gov
7
   Attorneys for Defendant United States of America
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                 OAKLAND DIVISION

12 | ROSA LOPEZ, as Legal Guardian of V-S-, a Minor and Successor in Interest to the Estate of Victor Sanchez Brito, | Case No. 4:23-cv-04292-DMR |
|---|---|
| Plaintiff, | **STIPULATION AND JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND SET FURTHER SCHEDULE; ORDER (AS MODIFIED)** |
| v. | |
| UNITED STATES OF AMERICA and GEO GROUP, INC., | |
| Defendants. | |

STIP. AND JOINT REQ. TO CONTINUE INITIAL CMC AND SET FURTHER SCHEDULE; ORDER (AS MODIFIED)
No. 4:23-cv-04292-DMR

Pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and jointly respectfully request that the Court continue the Case Management Conference ("CMC"), currently set for September 18, 2024 at 1:00 p.m., to October 16, 2024, and adopt the further case schedule set forth below.

The Parties have met and conferred and understand that one defendant (the United States) presently plans to move to dismiss the First Amended Complaint, Dkt. 48, and the other defendant (GEO Group) will answer. In order to provide for the efficient resolution of the motion, minimize discovery burden on the United States and Plaintiff while the motion to dismiss is pending, and to avoid unnecessary delays in discovery for the answering defendant (as well as to accommodate the travel schedules of each lead trial counsel, who will not be simultaneously available until the week of September 30, 2024 to hold the Rule 26(f) conference together), the Parties request that the Court adopt the following schedule:

1.  The Case Management Conference, currently scheduled for September 18, 2024, is adjourned to October 16, 2024. The Parties will hold a Rule 26(f) conference during the week of September 30, 2024, and will submit a Joint Case Management Statement by October 9, 2024. The Parties will file ADR certifications 21 days prior to the conference.

2.  Notwithstanding the Rule 26(f) conference, the Parties agree that discovery by and against the United States will be stayed while a motion to dismiss the First Amended Complaint filed by the United States is pending, except that the United States will respond to a single request for production by Plaintiff requesting the contents of Victor Sanchez Brito's A-file.

3.  Discovery for all other purposes will proceed subject to a case schedule to be proposed by the Parties in the forthcoming case management statement, if approved by the Court.

4.  Defendants will respond to the First Amended Complaint by September 17, 2024

5.  The following briefing schedule will apply to the United States' motion to dismiss, if any: opposition by October 8, 2024, reply by October 22, 2024, hearing on November 14, 2024.

The Parties respectfully submit that no other aspects of the case schedule will be affected by the agreed-upon schedule proposed above. The Parties have made one other request to modify the schedule in this case (Dkt. 24).

DATED: August 29, 2024                              Respectfully submitted,

Case 4:23-cv-04292-DMR   Document 52   Filed 09/03/24   Page 2 of 6

STIP. AND JOINT REQ. TO CONTINUE INITIAL CMC AND SET FURTHER SCHEDULE; ORDER  (AS MODIFIED)
No. 4:23-cv-04292-DMR                        1

|  |  |
|---|---|
| 1 | |
| 2 | LAW OFFICE OF BARDIS VAKILI, P.C. |
| 3 | *s/Bardis Vakili*\*<br>BARDIS VAKILI |
| 4 | Attorneys for Plaintiff |
| 5 | |
| 6 | ISMAIL J. RAMSEY<br>United States Attorney |
| 7 | |
| 8 | *s/Michael A. Keough*<br>MICHAEL A. KEOUGH<br>Assistant United States Attorney |
| 9 | |
| 10 | Attorneys for Defendant United States of America |
| 11 | |
| 12 | BURKE, WILLIAMS & SORENSEN, LLP |
| 13 | *s/Susan E. Coleman*\*<br>SUSAN E. COLEMAN |
| 14 | Attorneys for Defendant The GEO Group, Inc. |

\* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**ORDER (AS MODIFIED)**

Pursuant to the Parties' stipulation and joint request, it is hereby ORDERED that the following case schedule shall govern the case moving forward:

1. The Initial Case Management Conference, currently scheduled for September 18, 2024, is adjourned to October 16, 2024 by Videoconference only.  The Parties will hold a Rule 26(f) conference during the week of September 30, 2024, and will submit a Joint Case Management Statement by October 9, 2024.  The Parties will file ADR certifications 21 days prior to the conference.

2. Notwithstanding the Rule 26(f) conference, the Parties agree that discovery by and against the United States will be stayed while a motion to dismiss the First Amended Complaint filed by the United States is pending, except that the United States will respond to a single request for production by Plaintiff requesting the contents of Victor Sanchez Brito's A-file.

3. Discovery for all other purposes will proceed subject to a case schedule to be proposed by the Parties in the forthcoming case management statement, if approved by the Court.

4. Defendants will respond to the First Amended Complaint by September 17, 2024

5. The following briefing schedule will apply to the United States' motion to dismiss, if any:  opposition by October 8, 2024, reply by October 22, 2024, hearing on November 14, 2024 at 1:00 p.m. by Videoconference only.

DATED: September 3, 2024

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

HON. DONNA M. RYU
Chief United States Magistrate Judge

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    Facsimile: (415) 436-6748
    michael.keough@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROSA LOPEZ, as Legal Guardian of V-S-, a Minor and Successor in Interest to the Estate of Victor Sanchez Brito,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA and GEO GROUP, INC.,<br><br>    Defendants. | Case No. 4:23-cv-04292-DMR<br><br>**DECLARATION OF MICHAEL KEOUGH** |

KEOUGH DECL.
No. 4:23-cv-04292-DMR

Pursuant to 28 U.S.C. § 1746, I, Michael A. Keough, declare as follows:

1. I am an Assistant United States Attorney and counsel for Defendant United States of America. The facts set forth in this declaration are within my personal knowledge.

2. The Parties have met and conferred and understand that one defendant (the United States) presently plans to move to dismiss the Amended Complaint, Dkt. 48, and the other defendant (GEO Group) will answer. In order to provide for the efficient resolution of the motion, minimize discovery burden on the United States and Plaintiff while the motion to dismiss is pending, and to avoid unnecessary delays in discovery for the answering defendant (as well as to accommodate the travel schedules of each lead trial counsel, each of whom have informed one another that they will be away from their respective offices for differing periods during the month of September), the Parties request that the Court adopt the schedule set forth in the accompanying motion.

3. The Parties have made one other request to modify the schedule in this case (Dkt. 24).

4. On August 28, 2024, I provided a copy of the accompanying stipulation to all counsel of record, and on August 29, 2024 they provided permission to file it.

5. The requested time modification would not have any effect on the schedule in this case except as outlined in the accompanying motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of August, 2024 at San Francisco, California.

                                                          *s/Michael A. Keough*
                                                          MICHAEL A. KEOUGH